IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JILL BAGNALL, on behalf of herself and others similarly situated, | ) Case No. 1:22-cv-01853-TMP |
| Plaintiff, | ) MAGISTRATE JUDGE<br>) THOMAS M. PARKER |
| vs. | ) |
| FIRST CHOICE HOME HEALTH OF OHIO, INC., | ) **ORDER APPROVING SETTLEMENT**<br>) **AGREEMENT, SEALING THE SAME**<br>) **AND DISMISSING CASE WITH**<br>) **PREJUDICE** |
| Defendant. | ) |

This matter is before the court on the parties' Joint Motion for Approval of Settlement and for Dismissal with Prejudice. The motion asks the court to approve, as fair and reasonable, the proposed settlement reached by the parties. Having reviewed the joint motion, the settlement agreement, and the pleadings and papers on file in this action, and for good cause established therein, the court hereby approves the settlement and finds as follows:

1. The captioned lawsuit asserts claims under the under the FLSA, 29 U.S.C. §§ 201, *et seq*. As such, the settlement agreement is subject to court approval.

2. The court finds that the proposed settlement is a fair and reasonable resolution of a bona fide dispute and satisfies the standard for approval under the FLSA.

3. The court approves the Settlement Agreement and Release appended to the parties' motion, and orders that the settlement be implemented according to the terms and conditions of the Agreement.

4. Pursuant to Rule 41(a)(2), Fed. R. Civ. P., the court dismisses all claims asserted in this action with prejudice and hereby enters final judgment. The court retains jurisdiction to enforce the terms of the Settlement Agreement and Release.

5. On its own motion, the court hereby ORDERS the clerk to **SEAL** ECF Doc. 29-1, the confidential Settlement Agreement and Release submitted by the parties.

**IT IS SO ORDERED.**

Date: January 30, 2024

_____
THOMAS M. PARKER
UNITED STATES MAGISTRATE JUDGE